UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND LANE,

    Plaintiff,                                                  Civil Action No. 13-cv-12365
                                                          HON. BERNARD A. FRIEDMAN
vs.

JOSEPH J. BADER, et al.,

    Defendants.
_____/

## **J U D G M E N T**

The Court has dismissed plaintiff's complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

                                                       DAVID J. WEAVER
                                                       CLERK OF COURT


                                                      By:_ Carol L. Mullins_____
                                                               Deputy Clerk

July 3, 2013

Approved:_S/ Bernard A. Friedman_
          BERNARD A. FRIEDMAN
          U.S. DISTRICT JUDGE